SUPREME LODGE K. P. *v.* HINES.

[68 South. 485.]

APPEAL AND ERROR. *Sucessive appeals.  Disposition.  Affirmance.*
  Where all questions raised on a second appeal were settled adversely to appellant by the opinion of the supreme court, on the first appeal, and the proceedings upon the second trial in the court below, were in accordance with the supreme court opinion on the first appeal, the case will be affirmed.

APPEAL from the circuit court of Panola county.
HON. N. A. TAYLOR, Judge.
Suit by Mrs. Lily Baker Hines against the Supreme Lodge Knights of Pythias. From a judgment for plaintiff, defendant appeals.
Appellee was plaintiff in the court below and appellant was defendant. This case was in this court at a former term and was reversed and remanded. The opinion of the court in the former appeal states the facts. See 103 Miss. 374, 60 So. 333.
The instruction (No. 1) complained of on this appeal, is as follows:
"The court charges the jury that there is no evidence in this record upon which to base a verdict that plaintiff was engaged in a duel at the time he was killed."

*L. F. Rainwater,* for appellant.

*Shands & Montgomery,* for appellee.

STEVENS, J., delivered the opinion of the court.

This case was before this court once before, and all questions raised on this appeal were settled adversely to appellant by the opinion of this court as reported in 103 Miss. 374, 60 So. 333. The proceedings upon the second trial in the court below and instruction No. 1 for plaintiff complained of were in accordance with the views of this court, as expressed in our former opinion.

The case is therefore affirmed.

*Affirmed.*